THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARIF MUSLIM, Appellant. [830 NYS2d 524]—Judgment of resentence, Supreme Court, New York County (Marcy L. Kahn, J.), rendered on or about February 6, 2006, unanimously affirmed. No opinion. Order filed. Concur—Sullivan, J.P., Williams, Gonzalez, Sweeny and Kavanagh, JJ.